

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Stephen Riley King, Appellant

No. 06-24-00107-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30454). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Stephen Riley King, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk